**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **ROBERT WHITE** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 1:18-18** |
| | : |
| **FRANK B. DAY, ARTHUR WONG** | : |

## ORDER

**AND NOW**, this 1st day of April 2026, upon considering Defendants' Motion for summary judgment (ECF 58), Plaintiff's Opposition (ECF 62), finding no genuine issue of material fact as to Plaintiff's breach of terms of a settlement agreement precluding his ability to obtain declaratory relief sought in this case as more fully described in today's accompanying Memorandum, and finding judgment is warranted for Defendants as a matter of law, it is **ORDERED** we:

1.  **GRANT** Defendants' Motion for summary judgment (ECF 58);

2.  **DECLARE** Defendants properly terminated the parties' settlement agreement as defined in early June 2016 allowing us to now address the merits of the Defendants' pending claims at No. 1:13-cv- 44;

3.  **REQUIRE** Defendants' lead counsel to:

    a.  Forthwith meaningfully meet and confer (not just email) with Plaintiff's counsel to fulsomely share Rule 408 demands and counteroffers leading to a settlement before incurring further fees and costs under Rule 1 and this Order; and,

    b.  On or before **April 10, 2026,** email a joint letter not exceeding three pages to our Chambers fully describing their good faith progress towards resolving their remaining disputes and, if warranted, showing cause as to why they should not meet with an independent

mediator in later April 2026 including Judge Henderson, Judge Teague, or an experienced attorney either selected by the parties or appointed by us consistent with Rule 53; and,

    c.    On or before **April 14, 2026,** either:

        i.    file a Notice confirming Defendants do not seek attorney's fees in this case under Virgin Islands Law allowing us to enter a final Order closing this case subject to appellate rights upon entry of a final Order; or,

        ii.    move for reasonable attorney's fees under Virgin Islands Law compliant with our Policies (including IV., B.) attaching the billing records and at least one comparator's affidavit of reasonableness for hours billed and hourly rates;

4.    **GRANT** Plaintiff leave to respond to a Petition for fees (only if warranted) compliant with our Policies by no later than **April 28, 2026.**

KEARNEY, J.