**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| ROBERT WHITE<br><br>      Plaintiff<br><br>V<br><br>FRANK B. DAY and ARTHUR WONG<br><br>      Defendant | CASE NO. 1:18-cv-00018<br><br>CIVIL ACTION |

### SUGGESTION OF DEATH UNDER RULE 25(a)(1)

COMES NOW Kevin A. Rames, Esq., of K.A. Rames, P.C., counsel of record for Defendants, and Andrew C. Simpson of Andrew C. Simpson, P.C., counsel for Plaintiff, and suggest upon the record that Defendants Frank Day and Arthur Wong passed away during the pendency of this Civil Action. Defendant Frank Day, age 93, passed away in Denver, Colorado on August 13, 2025. *See:* Obituary of Frank Day at Exhibit A. Defendant Arthur Wong, age 92, passed away in Chicago, Illinois on February 26, 2025. *See:* Obituary of Arthur Wong at Exhibit B.

| | |
|---|---|
| */s/ Andrew C. Simpson, Esq.*<br>ANDREW C. SIMPSON, P.C.<br>Andrew C. Simpson (VI Bar 451)<br>2191 Church Street, Suite 5<br>Christiansted, VI 00820<br>Telephone (340) 719- 3900<br>Email: asimpson@coralbrief.com | */s/ Kevin A. Rames, Esq.*<br>K. A. RAMES, P.C.<br>Kevin A. Rames, Esq. (V.I. Bar 193)<br>2111 Company Street, Suite 3<br>Christiansted, VI 00820<br>Telephone: (340) 773-7284<br>Email: kevin.rames@rameslaw.com |
| *Counsel for Robert White* | *Counsel of record for Frank Day and Arthur Wong* |