**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **ROBERT WHITE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:18-18** |
| | : | |
| **FRANK B. DAY, ARTHUR WONG** | : | |

## ORDER

   **AND NOW**, this 10th day of April 2026, having invested substantial court resources since reassignment (ECF 67) leading to our April 1, 2026 Order and Memorandum (ECF 68, 69), and today learning each Defendant passed away in 2025 with their counsel inexplicably unaware of his clients' passing (ECF 70) and thus not notifying the Court of the Suggestion of Death consistent with Rule 25(a)(1) and instead allowing us to work on the pending motions without notice, it is **ORDERED** we **ATTACH** counsel for a status telephonic conference not exceeding thirty minutes for **April 13, 2026** at **3:15 P.M.** via ZoomGov (1-646-828-7666; Meeting ID: 160 099 8969; Passcode: 737161) on this case and the related case at No. 1:13-44 where we expect counsel to have already fulsomely conferred (not just email) and prepared to propose how we proceed consistent with Fed.R.Civ.P. 1 and paragraph three of our April 1, 2026 Order (ECF 69) in both this case and the deceased Defendants' case still pending at No. 1:13-44. [1]

_____
**KEARNEY, J.**

---

[1] We appreciate counsel may now need to set aside time for this conference on April 13, 2026 on short notice.  We will not entertain a continuance absent demonstrated personal illness or documented scheduled appearance before a tribunal at 3:15 PM on April 13, 2026 given the delay and disregard of Defendants' counsel duty to communicate with his clients (especially about the reassignment a month ago), duty of diligence, and duty of candor to this Court.