IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

ROBERT WHITE                          :    CIVIL ACTION
                                      :
        v.                            :    NO. 1:18-18
                                      :
FRANK B. DAY, ARTHUR WONG             :

## ORDER

AND NOW, this 14th day of April 2026, following yesterday's conference (ECF 71) addressing how we progress after Notice (ECF 70) of the passing of the two Defendants last year, and finding good cause consistent with Rule 25, it is **ORDERED** we:

1.      **Stay** all further obligations under our April 1, 2026 Order (ECF 68) until further Order;

2.      **Require** counsel for Frank B. Day and Arthur Wong to email a joint letter not exceeding three pages to our Chambers on **May 11, 2026** and **June 11, 2026** detailing the parties' progress in resolving their issues including whether the parties can expedite the substitution of an estate for Messers. Day and Wong in this case and No. 1:18-cv-18; and,

3.      **Remind** Defendants of their obligations under Rule 25 to be taken no later than **August 10, 2026.**

_____
KEARNEY, J.