**Exhibit A**



**Frank Day Obituary**

Frank Day, at the age of 93, passed away on August 13th, 2025. Born in Westcliffe, CO, he grew up in Denver and later Chicago, IL, where a scholarship led him to Harvard University for both his undergraduate studies and Business School. Frank graduated from undergrad in 1954 before continuing on to complete his MBA in 1956. From a young age, Frank's passion for entrepreneurship was evident. Over the course of his life, he pursued numerous ventures that showcased his vision and determination, leaving behind a lasting legacy. His business endeavors spanned industries as diverse as sailboat building and sales, classic cars, and casinos, with enterprises reaching from St. Croix to Colorado. Most remember Frank for his involvement in the hospitality industry. His entrepreneurial spirit led him to ventures across Colorado, including Boulder, Denver, Greeley, Colorado Springs, Blackhawk and Cripple Creek, and later throughout the country. In 1976, he founded Concept Restaurants, Inc., and over the course of his career he owned or operated a wide-ranging portfolio of hospitality businesses.These included Old Chicago, Rock Bottom Restaurants, Inc. (which included the ChopHouse brand), The Walrus, Hotel Boulderado, Table Mountain Inn, Walnut Brewery, Jose Muldoon's, The James, Humboldt Kitchen & Bar, Rialto Café, Via Baci, Woody's Wood-Fired Pizza, J.J. McCabe's, Fillmore Inn, The Lodge Casino, Gilpin Hotel & Casino, Molly's, Boulder Beer Co., The Junction Eating Place, and Prime Minister, among many others. For more than 50 years, Frank stood as a pillar of the hospitality industry and was honored with numerous awards. Among them were the 2004 Entrepreneurial Innovation Award from the Boulder Chamber of Commerce and his 2024 induction into the Denver & Colorado Tourism Hall of Fame. Along with his entrepreneurial drive, Frank devoted much of his time to sailing, both competitively and recreationally, skiing, fly fishing, hiking, cycling, and traveling the world. He had a special passion for mentoring young people, sharing his experiences, and listening to their future plans. Frank lived by a simple philosophy: work hard and play hard. Frank believed deeply in investing in the community and supporting future generations. During his time with Rock Bottom, he helped establish the Rock Bottom Foundation. Together with his wife Gina, he later founded the Day Family Foundation, which contributed to Metropolitan State University of Denver programs including the Day Leadership Academy (part of the School of Hospitality) and the Gina and Frank Day Health Institute – as well as support for Clinica Family Health and Wellness, the Mayo Clinic, and the University of Colorado Boulder. Frank is leaving behind a legacy through enriching local communities and touching the hearts of many through his work, his vision, and his philanthropy. He is survived by his devoted wife of 43 years, Gina; his two children, Philip and Steven; his grandchildren, Aaron and Jesse; and four great-grandchildren, Camille, Emily, Logan, and Nathan. In remembrance of Frank Day, the family kindly requests that memorial contributions be directed to Metropolitan State University of Denver. Gifts may be designated to either the Day Leadership Academy, which fosters leadership development within the hospitality industry, or the Gina and Frank Day Health Institute, which supports innovation and education in health-related fields. Contributions may be made online at https:// msudenver.me/frank-day-gift or by contacting University Advancement