IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

ROBERT WHITE,

PLAINTIFF,

V.

FRANK B. DAY AND ARTHUR WONG,

DEFENDANTS.

CASE NO. 1:18-CV-0018

[PROPOSED] ORDER ON MOTION TO EXTEND DEADLINE
TO FILE NOTICE OF APPEAL

Before the Court is the Plaintiff's Motion to extend the deadline to file a notice of appeal in this matter pursuant to Fed. R. App. 4(a)(5). Both Defendants are deceased and counsel of record for the Defendants is trying to arrange for the substitution of appropriate parties. That creates a unique situation where, if a notice of appeal is filed, the plaintiff would need to immediately stay the appeal pending substitution of Appellees. Further, the Court had directed the parties to discuss the possibility of settlement in the hopes that an appeal would be obviated. However, until parties are substituted, counsel of record for the Defendants has not authority to engage in settlement discussions. Fore the foregoing reasons, the Court agrees that good cause to grant the extension exists and the interests of justice will be served by extending the deadline until May 29, 2026 (28 days). Accordingly, it is **ORDERED** we:

1.    **GRANT** Plaintiffs' Motion to extend the deadline (ECF 75) to file a notice of appeal  and

2.      **EXTEND** the deadline for filing the notice of appeal to **May 29, 2026**.

_____

**KEARNEY, J.**