**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **ROBERT WHITE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:18-18** |
| | : | |
| **FRANK B. DAY, ARTHUR WONG** | : | |

## <u>ORDER</u>

**AND NOW**, this 27th day of April 2026, upon considering Plaintiff's uncontested Motion (ECF 75) to extend his time to appeal our April 1, 2026 Order (ECF 68) by twenty-eight days, and finding good cause given the suggestion of death several months ago for Defendants Frank B. Day and Arthur Wong (ECF 74) creating ambiguity at this stage, it is **ORDERED** we **GRANT** Plaintiff's Motion (ECF 75) under Federal Rule of Appellate Procedure 4(a)(5) allowing him leave to file a Notice of appeal by **May 29, 2026**.

_____
**KEARNEY, J.**