**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **ROBERT W. WHITE**<br><br>　　**Plaintiff**<br>**v.**<br>**FRANK B. DAY and ARTHUR WONG**<br><br>　　**Defendants** | **CIVIL NUMBER   18-18** |

## MOTION FOR SUBSTITUTION

COMES NOW Petitioners Melissa W. Aagesen and David M. Wong, by and though counsel, The Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) and moves this honorable Court, under and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, to substitute them as Defendants in this cause in the place and stead of Plaintiff Arthur Wong, deceased.

In support of this Motion, Petitioners Melissa W. Aagesen and David M. Wong have filed herewith a Memorandum of Points and Authorities, the Exhibits thereto and a proposed

WHEREFORE, Petitioners pray that this honorable Court grant their Motion for Substitution.

May 2, 2026　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Kevin A. Rames, Esq.*
　　　　　　　　　　　　　　　　　　Kevin A. Rames, Esq
　　　　　　　　　　　　　　　　　　V.I. Bar Number 193
　　　　　　　　　　　　　　　　　　K.A. Rames, P.C.
　　　　　　　　　　　　　　　　　　2111 Company Street, Suite 3
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　Telephone: (340) 227-9311
　　　　　　　　　　　　　　　　　　Telefax: (340) 773-7282
　　　　　　　　　　　　　　　　　　kevin.rames@rameslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2026, I caused a true and correct copy of the foregoing Motion for Substitution to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, P.C., through the CM/ECF System of this Court.

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq.