# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER**    2025 0018696

**DATE ISSUED**    3/6/2025

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | ARTHUR WONG |
| SEX | MALE |
| DATE OF DEATH | FEBRUARY 26, 2025 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 92 YEARS |
| DATE OF BIRTH | FEBRUARY 19, 1933 |
| CITY OR TOWN | CHICAGO |
| HOSPITAL OR OTHER INSTITUTION NAME | TERRACES AT THE CLARE |
| PLACE OF DEATH | NURSING HOME/ LONG TERM CARE FACILITY |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | WIDOWED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 55 EAST PEARSON STREET |
| APT. NO. | 1104 |
| CITY OR TOWN | CHICAGO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60611 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | YUN PAK WONG |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ENG SHEE |
| INFORMANT'S NAME | DAVID WONG |
| RELATIONSHIP | SON |
| MAILING ADDRESS | 57 WEST 15TH STREET APT B, CHICAGO, IL, 60605 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | FOREST CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | HOMEWOOD, IL |
| DATE OF DISPOSITION | FEBRUARY 28, 2025 |
| FUNERAL HOME | CREMATION SOCIETY OF ILLINOIS - HYDE PARK, 1344 EAST 55TH STREET, CHICAGO, IL, 60615 |
| FUNERAL DIRECTOR'S NAME | DIANE MOSELEY |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 031009343 |
| LOCAL REGISTRAR'S NAME | MONICA GORDON |
| DATE FILED WITH LOCAL REGISTRAR | FEBRUARY 28, 2025 |

**CAUSE OF DEATH**

PART I.    SENILE DEGENERATION OF BRAIN

IMMEDIATE CAUSE (Final disease or condition resulting in death)

a.

Due to (or as a consequence of):

b.

Due to (or as a consequence of):

c.

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

**PART II.** Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

ALZHEIMERS DISEASE

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED: | |
| IF TRANSPORTATION INJURY, SPECIFY: | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | NO |
| DATE PRONOUNCED | |
| TIME OF DEATH | 06:20 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | FEBRUARY 27, 2025 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | CHARLES DRUECK, 600 W CERMAK RD STE 30, CHICAGO, ILLINOIS, 60616 |
| PHYSICIAN'S LICENSE NUMBER | 036.045746 |

3686748

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Monica Gordon
Office of the Cook County Clerk

THE WORD VOID APPEARS WHEN PHOTOCOPIED

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE