**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **ROBERT W. WHITE**<br><br>      **Plaintiff**<br><br>**v.**<br><br>**FRANK B. DAY and ARTHUR WONG**<br><br>      **Defendants** | **CIVIL NUMBER   18-18** |

## NOTICE OF NO OBJECTION

COMES NOW Petitioners Gina R. Day, Melissa W. Aagesen and David Wong, by and though counsel, the Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) to provide Notice to this honorable Court that the undersigned has met and conferred via email with Andrew C. Simpson, Esq., counsel for Plaintiff, Robert W. White concerning Petitioners' pending Motion for Substitution.  Attorney Simpson has informed the undersigned that Plaintiff consents to the substitution of Gina R. Day for Frank B. Day and to the substitution of Melissa W. Aagesen and David Wong for Arthur Wong as Defendants in this cause.

WHEREFORE, Petitioners Gina R. Day, Melissa W. Aagesen and David Wong, respectfully request that they be recognized and acknowledged as Defendants in this cause in the place and stead of Frank B. Day and Arthur Wong, respectively.

  May 3, 2026                 Respectfully submitted,

                                */s/ Kevin A. Rames, Esq.*
                                Kevin A. Rames, Esq
                                V.I. Bar Number 193
                                K.A. Rames, P.C.
                                2111 Company Street, Suite 3
                                Christiansted, VI 00820
                                Telephone: (340) 227-9311
                                Telefax: (340) 773-7282
                                kevin.rames@rameslaw.com

Notice of No Objection
*Frank B. Day and Arthur Wong v. Robert White a/k/a Robert W White*
Civil No. 18-18
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2026, I caused a true and correct copy of the foregoing Notice of No Objection to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, PC, through the CM/ECF System of this Court.

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq.