### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DISTRICT OF ST. CROIX

| | |
|---|---|
| **ROBERT W. WHITE**<br><br>    **Plaintiff**<br>**v.**<br>**FRANK B. DAY and ARTHUR WONG**<br><br>    **Defendants** | **CIVIL NUMBER   18-18** |

## <u>MOTION FOR SUBSTITUTION</u>

COMES NOW Petitioners Melissa W. Aagesen and David M. Wong, by and though counsel, The Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) and moves this honorable Court, under and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, to substitute them as Defendants in this cause in the place and stead of Plaintiff Arthur Wong, deceased.

The undersigned hereby gives Notice to this honorable Court that the undersigned has met and conferred via email with Andrew C. Simpson, Esq., counsel for Plaintiff, Robert W. White concerning Petitioners' Motion for Substitution.  Attorney Simpson has informed the undersigned that Plaintiff consents to the substitution of Melissa W. Aagesen and David M. Wong for Arthur Wong as a Defendants in this cause.

In support of this Motion, Petitioners Melissa W. Aagesen and David M. Wong have filed herewith a Memorandum of Points and Authorities, the Exhibits thereto and a proposed

WHEREFORE, Petitioners pray that this honorable Court grant their Motion for Substitution.

May 4, 2026

Respectfully submitted,

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq
V.I. Bar Number 193
K.A. Rames, P.C.
2111 Company Street, Suite 3
Christiansted, VI 00820
Telephone: (340) 227-9311
Telefax: (340) 773-7282
kevin.rames@rameslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2026, I caused a true and correct copy of the foregoing Motion for Substitution to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, P.C., through the CM/ECF System of this Court.

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq.