# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2025 0018696 | **DATE ISSUED** 3/6/2025

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| ARTHUR WONG | MALE | FEBRUARY 26, 2025 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| COOK | 92 YEARS | FEBRUARY 19, 1933 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| CHICAGO | TERRACES AT THE CLARE |

PLACE OF DEATH: NURSING HOME/ LONG TERM CARE FACILITY

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| CHICAGO, IL | 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 | WIDOWED | | NO |

| RESIDENCE | APT NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 55 EAST PEARSON STREET | 1104 | CHICAGO | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| COOK | IL | 60611 | YUN PAK WONG | ENG SHEE |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| DAVID WONG | SON | 57 WEST 15TH STREET APT B, CHICAGO, IL, 60605 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | FOREST CREMATORY | HOMEWOOD, IL | FEBRUARY 28, 2025 |

FUNERAL HOME: CREMATION SOCIETY OF ILLINOIS - HYDE PARK, 1344 EAST 55TH STREET, CHICAGO, IL, 60615

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| DIANE MOSELEY | 031009343 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| MONICA GORDON | FEBRUARY 28, 2025 |

**CAUSE OF DEATH**

PART I.

a. IMMEDIATE CAUSE (Final disease or condition resulting in death): SENILE DEGENERATION OF BRAIN

Due to (or as a consequence of):

b.

Due to (or as a consequence of):

c.

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

**PART II.** Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.: ALZHEIMERS DISEASE

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY:

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| NO | UNKNOWN | NO | | 06:20 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | FEBRUARY 27, 2025 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| CHARLES DRUECK, 600 W CERMAK RD STE 30, CHICAGO, ILLINOIS, 60616 | 036.045746 |

3686748

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Monica Gordon
Office of the Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE WORD VOID APPEARS WHEN PHOTOCOPIED — HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK