# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

STATE FILE NUMBER   1052025028499

| DECEDENT'S LEGAL NAME | DATE OF DEATH |
|---|---|
| FRANK  BONAR  DAY | AUGUST 13, 2025 |

| SEX | SOCIAL SECURITY | AGE-Last Birthday (Years) | UNDER 1 YEAR | | UNDER 1 DAY | | DATE OF BIRTH (Mo/Day/Yr) | BIRTHPLACE (State or Foreign Country) |
|---|---|---|---|---|---|---|---|---|
| | | | Months | Days | Hours | Minutes | | |
| MALE | 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 | 93 | | | | | AUGUST 04, 1932 | COLORADO |

| IF DEATH OCCURRED IN HOSPITAL | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL |
|---|---|
| INPATIENT | |

| Facility Name (If not institution, give street & number) | CITY, TOWN OR LOCATION OF DEATH | COUNTY OF DEATH |
|---|---|---|
| BOULDER COMMUNITY HEALTH | BOULDER | BOULDER |

| RESIDENCE - STREET AND NUMBER | APT. NO. | ZIP CODE | INSIDE CITY LIMITS |
|---|---|---|---|
| 1010 69TH STREET | | 80303 | NO |

| RESIDENCE STATE | COUNTY | CITY OR TOWN |
|---|---|---|
| COLORADO | BOULDER | BOULDER |

| DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) | KIND OF BUSINESS/INDUSTRY | DECEDENT'S EDUCATION |
|---|---|---|
| ENTREPENEUR CEO | HOSPITALITY | MASTER'S DEGREE |

| DECEDENT OF HISPANIC ORIGIN | DECEDENT'S RACE |
|---|---|
| NOT SPANISH/HISPANIC/LATINO | WHITE |

| EVER IN US ARMED FORCES | MARITAL STATUS AT TIME OF DEATH | SPOUSE/PARTNER NAME (If wife give name prior to first marriage) |
|---|---|---|
| NO | MARRIED | GINA CAMILLO |

| FATHER'S NAME | MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| FRANK ERNEST DAY | MARGARET BONAR |

| INFORMANT'S NAME | INFORMANT'S RELATIONSHIP TO DECEASED |
|---|---|
| GINA DAY | SPOUSE |

| NAME OF FUNERAL HOME | CITY AND STATE OF FUNERAL HOME | WAS CORONER NOTIFIED |
|---|---|---|
| CRIST MORTUARY, INC. | BOULDER COLORADO | YES |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY, COUNTY, STATE |
|---|---|---|
| CREMATION | COLORADO CREMATORY SERVICES | WHEAT RIDGE JEFFERSON COLORADO |

| INJURY AT WORK | IF TRANSPORTATION RELATED, SPECIFY | DATE OF INJURY | TIME OF INJURY |
|---|---|---|---|
| | | | |

PLACE OF INJURY

LOCATION OF INJURY (Street & Number, Apt. No., City or Town, County, State, ZipCode)

DESCRIBE HOW INJURY OCCURRED

| WAS DECEDENT UNDER HOSPICE CARE | ACTUAL OR PRESUMED TIME OF DEATH | DATE PRONOUNCED DEAD (MO/DAY/YR) | TIME PRONOUNCED DEAD |
|---|---|---|---|
| NO | | AUGUST 13, 2025 | 12:35 MILITARY |

| MANNER OF DEATH | WAS AN AUTOPSY PERFORMED | WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? |
|---|---|---|
| NATURAL | NO | |

### CAUSE OF DEATH

PART I — Enter the chain of events -diseases, injuries, or complications-that directly caused the death.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a  PEA ARREST | SECONDS |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) | b  ASPIRATION PNEUMONIA | HOURS |
| | c  ACUTE RESPIRATORY FAILURE | HOURS |
| | d  CHRONIC KIDNEY DISEASE | MONTHS |

PART II Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN | DATE SIGNED |
|---|---|
| MD JEFFERY E CARTER 4747 ARAPAHOE AVENUE BOULDER, COLORADO, 80303 | AUGUST 19, 2025 |

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER | DATE SIGNED |
|---|---|
| | |

DATE FILED BY REGISTRAR
AUGUST 20, 2025



DATE ISSUED   **AUGUST 20, 2025**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 01/19



A. ALEX QUINTANA
STATE REGISTRAR



0 1 2 9 2 9 2 3 9



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE