District Court
Boulder County, Colorado
Court Address: 1777 6th St., Boulder, CO 80302
Mailing Address: PO Box 4249, Boulder, CO 80306

In the Matter of the Estate of:

## FRANK B. DAY, a/k/a FRANK BONAR DAY and FRANK DAY

Deceased

▲ **COURT USE ONLY** ▲

Case Number: **2025PR30626**

Division **5**        Courtroom

## LETTERS TESTAMENTARY

<u>Gina R. Day</u> was appointed or qualified by this court or its registrar on <u>**October 17, 2025**</u>

as:

☑ Personal Representative; or
☐ Successor Personal Representative.

The decedent died on <u>**August 13, 2025**</u>.

These Letters are proof of the Personal Representative's authority to act pursuant to § 15-12-701, et. seq., C.R.S.

☑ The Personal Representative's authority is unrestricted; or
☐ The Personal Representative's authority is restricted as follows:

_____
_____
_____
_____

Date: **October 17, 2025**

Probate Registrar/(Deputy)Clerk of Court

## CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of

10|17|2025 (date).

Probate Registrar/(Deputy)Clerk of Court

SEAL — BOULDER COUNTY COMBINED COURTS COLORADO

JDF 915SC  R9/2020    LETTERS TESTAMENTARY/OF ADMINISTRATION