**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| ROBERT WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:18-18 |
| | : | |
| GINA R. DAY, MELISSA W. | : | |
| AAGESEN, DAVID WONG | : | |

## ORDER

**AND NOW**, this 11ᵗʰ day of May 2026, following our April 1, 2026 Order granting Defendants' Motion for summary judgment and setting obligations as to other possible pending issues (ECF 68), mindful of the necessary delay while the parties secured substitute Defendants following the Suggestions of Death and our May 5, 2026 Order (ECF 83), and for good cause, it is **ORDERED** we:

1.    **REQUIRE** Defendants' lead counsel to:

a.    Forthwith meaningfully meet and confer (not just email) with Plaintiff's counsel to fulsomely share Rule 408 demands and counteroffers leading to a settlement before incurring further fees and costs under Rule 1;

b.    On or before **May 20, 2026**, email a joint letter not exceeding three pages to our Chambers fully describing their good faith progress towards resolving their remaining disputes (including in No. 1:13-44) and, if warranted given the parties cannot resolve their disputes absent a mediator, **showing cause** as to why we should not appoint an independent mediator in early June 2026 including Judge Henderson, Judge Teague, or an experienced attorney either selected by the parties or appointed by us consistent with Rule 53;

c.       On or before **May 27, 2026** (absent further Order) either:

i.       file a Notice confirming Defendants do not seek attorney's fees in this case under Virgin Islands Law allowing us to enter a final Order closing this case subject to appellate rights; or,

ii.       move for reasonable attorney's fees under Virgin Islands Law compliant with our Policies (including IV., B.) attaching the billing records and at least one comparator's affidavit of reasonableness for hours billed and hourly rates; and,

2.       **GRANT** Plaintiff leave to respond to a Petition for fees (if warranted) compliant with our Policies by no later than **June 12, 2026**.

**KEARNEY, J.**