**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

ROBERT WHITE,

        PLAINTIFF,

V.

GINA R. DAY, MELISSA W. AAGESEN, AND
DAVID WONG,

        DEFENDANTS.

CASE NO. 1:18-CV-0018

**NOTICE OF APPEAL**

Robert White gives notice that he appeals from the final judgment in this matter entered on April 1, 2026 (Doc. No. 68). The scope of this appeal includes, without limitation, all underlying and collateral orders entered in this matter. Issues to be raised include:

1. The Court entered summary judgment based upon an argument never raised by the parties and without notice to the parties;

2. White submitted evidence that established a question of material fact that precluded summary judgment.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.**
Attorneys for Robert White

Dated: May 29, 2026        By:   /s/ Andrew C. Simpson
                         Andrew C. Simpson (VI Bar 451)
                         2191 Church Street, Suite 5
                         Christiansted, VI 00820
                         (T) 340-719-3900
                         asimpson@coralbrief.com

Case: 1:18-cv-00018-MAK-EAH    Document #: 85    Filed: 05/29/26    Page 2 of 2