UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. <u>26-2353</u>


White v. Day
(D.V.I. No. 1:18-cv-00018)


**ORDER**


Plaintiff seeks review of the District Court's order entered April 1, 2026, granting Defendants' motion for summary judgment and setting obligations as to other possible pending issues. Because some issues appear to be outstanding, the order appealed may not be final within the meaning of 28 U.S.C. § 1291 or otherwise appealable at this time. All parties must file written responses addressing this issue within fourteen (14) days from the date of this order.


For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: June 8, 2026
Sb/cc:   All Counsel of Record